PERNETTI v. PEOPLE. (Supreme Court, Appellate Division, First Department. January 20, 1905.) Action by Maria G. Pernetti against the people of the state of New York. No opinion. Motion granted. Question to be settled upon notice on the settlement of the order.

PERRY et al., Respondents, v. MINEKA-KES, Appellant. (Supreme Court, Appellate Division, Second Department. December 1, 1904.) Action by Solomon Perry and Joseph S. Cohen, copartners doing business under the name and style of Solomon Perry & Co., against Peter A. Minekakes. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re PETTY. (Supreme Court, Appellate Division, Third Department. December 2, 1904.) In the matter of the admission of James Taylor Petty as an attorney and counselor at law. No opinion. Motion granted.

PITTS v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. January 11, 1905.) Action by John E. Pitts against the New York Central & Hudson River Railroad Company. No opinion. Motion to dismiss appeal granted, with $10 costs.

PRIESTER, Respondent, v. LUKSCH, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 7, 1904.) Action by Joseph Priester against Josephine Luksch. No opinion. Appeal dismissed, with costs, together with $10 costs of motion.

PURDY et al., Respondents, v. BRANTING-HAM, Appellant. (Supreme Court, Appellate Division, First Department. January 20, 1905.) Action by James W. Purdy, Jr., and others, against Guy. S. Brantingham. A. Thain, for appellant. A. C. Rowe, for respondents.
PER CURIAM. Judgment affirmed, with costs.
PATTERSON, J., dissents.

QUINN, Respondent, v. METROPOLITAN ST. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 9, 1904.) Action by James Quinn against the Metropolitan Street Railroad Company. J. P. Cotton, for appellant. W. J. Martin, for respondent.
PER CURIAM. Judgment modified, by striking out extra allowance, thus reducing the judgment as entered to the sum of $3,648.70; and judgment, as so modified, and order, affirmed, without costs.

RAPPAPORT, Respondent, v. METROPOL-ITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. January 6, 1905.) Action by Rosa Rappaport against the Metropolitan Street Railway Company. E. D. O'Brien, for appellant. H. L. Franklin, for respondent. No opinion. Judgment and order affirmed, with costs.

REICH v. COCHRAN. (Supreme Court, Appellate Division, First Department. January 13, 1905.) Action by Elizabeth Reich against Eva S. Cochran. No opinion. Motion denied, on payment of $10 costs.

REICKE, Respondent, v. UNION RY. CO. OF NEW YORK CITY, Appellant. (Supreme Court, Appellate Division, Second Department. December 15, 1904.) Action by Barbara Reicke against the Union Railway Company of New York City. No opinion. Judgment and order unanimously affirmed, with costs.

In re REIMAN'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. January 18, 1905.) In the matter of the estate of David F. Reiman, deceased. No opinion. Upon reading and filing the stipulation of the parties, the appeal herein is dismissed, without costs.

REDMAN, Appellant, v. REDMAN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 18, 1905.) Action by James H. Redman, individually, etc., against Charles J. Redman and others.
PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event. Held, that it was reversible error to exclude the evidence of the subscribing witness to the codicil as to the soundness of mind and memory of the testator at the time he executed said codicil.

REYNOLDS, Appellant, v. LEYDEN, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 7, 1904.) Action by John A. Reynolds against Maurice Leyden. No opinion. Motion for reargument denied.

RHOADES v. ANDREWS. In re PIERCE. (Supreme Court, Appellate Division, First Department. January 6, 1905.) Action by Samuel D. Rhoades against Edward L. Andrews. In the matter of Carlton B. Pierce. T. J. O'Neill, for appellant. C. B. Pierce, in pro. per. No opinion. Order affirmed, with $10 costs and disbursements.

RICE, Respondent, v. RICE, Appellant. (Supreme Court, Appellate Division, First Department. December 23, 1904.) Action by Isabel S. Rice against Charles W. Rice. J. J. O'Grady, for appellant. No opinion. Order affirmed, with $10 costs and disbursements.

RIGLANDER v. STAR CO. SAME v. MORNING JOURNAL ASS'N. (Supreme Court, Appellate Division, First Department. December 23, 1904.) Actions by Mabel Riglander against the Star Company and against the Morning Journal Association.
PER CURIAM. Motion granted. Questions certified as stated in memorandum per curiam.